# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

2008 MAR -5  AM II: 41

CLERK *U.S. ...... COURT*
SO. DIST. OF GA.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:  CR402-00106-001 |
| Gregory Baker | ) | USM No: 11133-021 |
| Date of Previous Judgment:  October 16, 2002 | ) | Elliott Blake Durham |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____87_____ months **is reduced to** _____time served_____.

### I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: 27 | Amended Offense Level: 25 | |
| Criminal History Category: III | Criminal History Category: III | |
| Previous Guideline Range: 87 to 108 months | Amended Guideline Range: 70 to 87 months | |

### II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  October 16, 2002,  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  March 5, 2008

_Judge's signature_

William T. Moore, Jr.
Chief Judge, U.S. District Court
Printed name and title

Effective Date:  March 15, 2008
(if different from order date)